DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH RYAN HIGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0054

_____

August 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth Rice, Judge.

Joseph Ryan Higgins, pro se.

SLEET, Judge.

Joseph Higgins appeals the order summarily denying his motion for jail credit filed under Florida Rule of Criminal Procedure 3.801. We reverse and remand for the postconviction court to strike the motion.

During the pendency of his direct appeal, Mr. Higgins filed a pro se motion seeking an additional seventeen days of credit for jail time served prior to sentencing. The court summarily denied the motion on the merits. Because Mr. Higgins' motion was filed during the pendency of his direct appeal, the trial court lacked jurisdiction to rule on the motion.

*See Stewart v. State*, 179 So. 3d 347, 347 (Fla. 5th DCA 2015). Additionally, Mr. Higgins was represented by appellate counsel when he filed his pro se motion for jail credit. Since the motion did not contain an unequivocal request to discharge counsel, the motion should have been stricken as a nullity. *See Logan v. State*, 846 So. 2d 472, 475-76 (Fla. 2003); *Padilla-Padial v. State*, 152 So. 3d 51, 52 (Fla. 5th DCA 2014).

   Reversed and remanded.

VILLANTI and KHOUZAM, JJ., Concur

_____

Opinion subject to revision prior to official publication.